1 | JOSEPH M. McMULLEN
California State Bar Number 246757
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | E-mail: Joseph_McMullen@fd.org

5 | Attorneys for Mr. Ruiz-Servin

FILED
FEB 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| UNITED STATES OF AMERICA, | ) | Case No. 98CR1804-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE EVIDENTIARY / MOTION HEARING REGARDING SUPERVISED RELEASE REVOCATION |
| ARTURO RUIZ-SERVIN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Evidentiary / Motion Hearing in this matter now scheduled for March 5, 2008 at 9:00 a.m. be continued until April 2, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 22, 2008

HONORABLE GORDON THOMPSON
UNITED STATES DISTRICT JUDGE