FILED
APR 23 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 98CR1804-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE CONTESTED OSC HEARING |
| ARTURO RUIZ-SERVIN, | ) | |
| Defendant. | ) | |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the contested OSC hearing in the above entitled case be continued from April 30, 2008 at 9:00 a.m. to May 13, 2008 at 9:00 a.m.

DATE: 4-23-08

HONORABLE GORDON THOMPSON, JR.
United States District Judge